IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| STEVEN ALLEN SCHWARTZ | : | NO. 04-231 |

ORDER

AND NOW, this 19th day of January, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of petitioner "for production of certain filings exhibits and transcripts" (Doc. #101) is GRANTED to the extent that he seeks: (a) the pro se motion to dismiss the indictment (Doc. #47); (b) the request for general instructions and general information on voir dire (Doc. #46); (c) the response of defendant to the government's motion to consolidate (Doc. #16); and (d) copies of the government's trial exhibits. The Deputy Clerk shall mail copies of the above documents to petitioner within ten days of this Order; and

(2) the motion is otherwise DENIED.

BY THE COURT:

/s/ Harvey Bartle
_____ J.